696 A.2d 442

**Eric Edward CHAPMAN, Petitioner,**

**v.**

**The OFFICE OF ADMINISTRATIVE HEARINGS and/or Motor Vehicle Administration, Respondent.**

No. 43, Sept.Term, 1997.

Court of Appeals of Maryland.

June 30, 1997.

## ORDER

The Court having considered and granted the petition for writ of certiorari in the above-captioned case, it is this 30th day of June, 1997.

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Talbot County be, and it is hereby, summarily vacated and the case is remanded to that court with directions to vacate the administrative decision and remand the case to the Office of Administrative Hearings for further proceedings in light of *Borbon v. MVA,* 345 Md. 267, 691 A.2d 1328 (1997). Costs to be paid by the respondent.